IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JESUS RIOS, Y29535, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 21-cv-565-SMY |
| | ) |
| THOMAS BURRELL, LOUIS SHICKER, | ) |
| LU WALKER, and ROB JEFFREYS, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**YANDLE, District Judge:**

Plaintiff Jesus Rios is a former inmate with the Illinois Department of Corrections. He filed this action while incarcerated at Shawnee Correctional Center, claiming Defendant Thomas Burrell was deliberately indifferent to his medical needs in violation of the Eighth Amendment. Now pending before the Court is Burrell's Motion to Dismiss (Doc. 36). Rios has not responded to the motion. For the following reasons, the motion is **GRANTED**.

Rios was released on parole after filing the instant lawsuit (*see* Notice of Change of Address at Doc. 16). Burrell sent Rios discovery requests in August 2022 and good faith letters regarding those requests in September and October 2022 (Doc. 34). He filed a motion to compel in November 2022, having not received responses to the discovery requests. *Id*. The motion to compel was granted on December 12, 2022, and Rios was ordered to respond to the discovery within 30 days (Doc. 35). To date, Rios has failed to comply with discovery and the Court's order and has not communicated with Burrell or the Court.

Now that Rios is no longer incarcerated, it appears that he has lost interest or is otherwise refusing to prosecute this civil case. He was warned in that failure to comply with this Court's

orders could result in dismissal (*see* Doc. 35).  Given that other sanctions would have little effect under these circumstances, Burrell's motion to dismiss for lack of prosecution is **GRANTED**. This case is **DISMISSED with prejudice** due to Plaintiff's lack of prosecution.  The Clerk of Court is **DIRECTED** to enter judgment against Plaintiff Jesus Rios and in favor of Defendant Thomas Burrell and to close the case.

    **IT IS SO ORDERED.**

    **DATED:  February 16, 2023**

                                                  **STACI M. YANDLE**
                                                  **United States District Judge**